UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
     Alderson

         -V-                  :     #18 Cv 5081 (JFK)

     Devere
----------------------------------------X

As requested, a conference is set for **Wednesday, December 18, 2019 at 11:30 a.m.** in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York

12-12-19

/s/ John F. Keenan
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-12-19