UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
Alderson

-v-

Devere

------------------------------------X

#18-cv-5081 (JFK)

The conference in this case is adjourned from December 18 to January 7, 2020 at 11:00 a.m. in Courtroom 20-C

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-16-19

SO ORDERED.

Dated: New York, New York

12-16-19

John F. Keenan
JOHN F. KEENAN
United States District Judge